# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HASAN HUTCHINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:05-CV-2091 CAS |
| v. ) | |
| ) | |
| DAIMLERCHRYSLER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT AND ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant DaimlerChrysler Corporation and against plaintiff Hasan Hutchinson on plaintiff's claims of race discrimination in violation of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 in Counts I and II.

**IT IS FURTHER ORDERED** that plaintiff's claims of defamation in Count III, intentional infliction of emotional distress in Count IV, and negligent infliction of emotional distress in Count V are **DISMISSED** for failure to state a claim upon which relief can be granted.

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of June, 2007.